UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 28, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ORTEGA,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00087-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID ORTEGA, Case No. 2:18-cr-00087-KJM  Charge 18 U.S.C. § 3606, from custody for the following reasons:

- **X** Release on Previously Imposed Supervised Release Conditions
- ___ Bail Posted in the Sum of $ _____
- ___ Unsecured Appearance Bond $ _____
- ___ Appearance Bond with 10% Deposit
- ___ Appearance Bond with Surety
- ___ Corporate Surety Bail Bond
- (Other): The defendant is to be released at
- **X** 8:00 a.m. on December 29, 2021 for transport to WellSpace residential treatment center.

Issued at Sacramento, California on December 28, 2021 at 10:00 a.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE